THE STATE EX REL. DAIMLER CHRYSLER, APPELLANT, *v.*
INDUSTRIAL COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. Daimler Chrysler v. Indus.
Comm.*, 130 Ohio St.3d 339, 2011-Ohio-4895.]

(No. 2009–2058—Submitted August 8, 2011—Decided September 28, 2011.)

{¶ 1} The judgment of the court of appeals is affirmed.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.

Larrimer and Larrimer, and Thomas L. Reitz, for appellant.

Coolidge Wall Co., L.P.A., David C. Korte, Michelle D. Bach and Joshua R. Lounsbury, for appellee Daimler Chrysler Corp.

Mike DeWine, Attorney General, and LaTawnda Moore, Assistant Attorney General, for appellee Industrial Commission of Ohio.